IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY CAGE TARVER STEVENSON, also
known as Mary K. Stevenson, as Trustee of
the James E. Stevenson Family Trust; JAMES
E. STEVENSON III; and SHARYN
STEVENSON                                                                              PLAINTIFFS

v.                                    No. 3:19-cv-208-DPM

RONALD CAPPS JR.;
and all persons claiming an interest in real property
described herein, located in the Chickasawba
District of Mississippi County, Arkansas                              DEFENDANTS

## ORDER

For the reasons stated on the record at the hearing on 19 September 2019, the motion for preliminary injunction as supplemented, № 9 & 10, is denied. The Court confirms and clarifies that Capps has a tenant's rights in the "slivers," subject to the conditions and waivers discussed at the end of the hearing, until 31 March 2020.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2019