# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

MARY CAGE TARVER STEVENSON, also
known as Mary K. Stevenson, as Trustee of the
James E. Stevenson Family Trust; JAMES E.
STEVENSON III; and SHARYN STEVENSON                     PLAINTIFFS

v.                          No. 3:19-cv-208-DPM

RONALD CAPPS JR.;
and all persons claiming an interest in real property
described herein, located in the Chickasawba
District of Mississippi County, Arkansas                DEFENDANTS

## ORDER

The Stevensons' early motion for partial summary judgment, № 34, is denied without prejudice. Capps's motion for relief, № 37, is granted. He has made the showing required by Federal Rule of Civil Procedure 56(d)(1). The Court can better address the merits of the Stevensons' argument for judgment on liability on a more complete record, including the expert testimony from each side.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 January 2020