IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY CAGE TARVER STEVENSON, also
known as Mary K. Stevenson, as Trustee of
the James E. Stevenson Family Trust;
JAMES E. STEVENSON III;
and SHARYN STEVENSON                                               PLAINTIFFS

v.                         No. 3:19-cv-208-DPM

RONALD CAPPS JR.;
and all persons claiming an interest in real
property described herein, located in the
Chickasawba District of Mississippi
County, Arkansas                                                    DEFENDANTS

ORDER

1. The Stevensons' renewed motion for partial summary judgment, *Doc. 43*, is denied without prejudice. FED. R. CIV. P. 56; *Smith-Bunge v. Wisconsin Central, Ltd.*, 946 F.3d 420, 424 (8th Cir. 2019). This record presents genuine disputes of material fact: Are the slivers in Arkansas or Tennessee? Are they part of Musgrave Bar? Did the parties' oral hunting lease cover the slivers? The parties' thorough and well-supported Local Rule 56.1 statements, *Doc. 36 & 47*, demonstrate why a trial is needed.

2. The Court appreciates the parties' pretrial filings. This case is first out for trial in Jonesboro on 14 September 2020. We'll start at

1:00 p.m.   The Court would appreciate the parties' continuing to coordinate and stipulating to a pre-marked set of exhibits before our trial.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 August 2020