# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES E. STEVENSON III and SHARYN
STEVENSON**                                          **PLAINTIFFS**

**v.**                          **No. 3:19-cv-208-DPM**

**RONALD CAPPS, JR.**                          **DEFENDANT**

## JUDGMENT

**1.** The Court quiets title in the Musgrave Bar in James and Sharyn Stevenson as tenants by the entirety. Musgrave Bar is an island in the Mississippi River. It was part of Wright's Point, which is in Mississippi County, Arkansas. Musgrave Bar is in Arkansas. Musgrave Bar is more particularly described in the attached legal description, and illustrated by the related plat, both of which are incorporated. The Court declares that Ronald Capps has no right, title, or interest in Musgrave Bar, or any part of that island, including what were called "the slivers" in this case.

**2.** Capps retains the right to remove his duck blinds from Musgrave Bar. He must do so within a reasonable time, not to exceed two weeks after the Mississippi River rises high enough for him to float the blinds out. That will be when the river gauge near Caruthersville, Missouri, reaches twenty-nine feet.

**3.** The Stevensons are entitled to their costs, as allowed by law, on motion due by 18 December 2020. FED. R. CIV. P. 54(d)(1); 28 U.S.C. § 1962.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_2 December 2020_



This drawing, including the dimensions/directions, shoreline(s), & boundaries shown hereon, does not represent a current on-the-ground survey and is based on available public information including:
* Google Earth image (8/14/19)
* USACE Historic River Stage Data
* General Land Office 1845 Plat of Township 15 North, Range 13 East
It is intended to represent &/or describe the perimeter of that part of Wright's Point known as Musgrave Bar

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L 1 | N 81°44' E | 1802.7' |
| L 2 | S 72°10' E | 985.1' |
| L 3 | N 71°59' E | 1972.3' |
| L 4 | N 40°48' E | 678.4' |
| L 5 | N 70°39' E | 1007.6' |
| L 6 | N 39°41' E | 963.7' |
| L 7 | N 22°05' E | 957.7' |
| L 8 | N 33°15' E | 1490.0' |
| L 9 | N 52°49' E | 871.8' |
| L 10 | N 73°43' E | 1113.8' |
| L 11 | N 38°08' E | 797.6' |
| L 12 | S 15°47' E | 2503.3' |
| L 13 | S 16°39' W | 2721.6' |
| L 14 | N 62°13' W | 190.6' |
| L 15 | S 28°26' W | 339.0' |
| L 16 | S 03°58' E | 379.9' |
| L 17 | S 55°48' W | 2123.8' |
| L 18 | S 76°24' W | 2050.9' |
| L 19 | S 71°23' W | 1148.3' |

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L 20 | S 81°26' W | 1257.1' |
| L 21 | N 10°17' E | 240.0' |
| L 22 | S 89°09' W | 219.2' |
| L 23 | S 35°58' W | 384.1' |
| L 24 | S 83°38' W | 449.3' |
| L 25 | N 62°14' W | 622.0' |
| L 26 | N 48°24' W | 2885.9' |

JAMES W. WAGES, PLS
PROFESSIONAL LAND SURVEYING
– ARKANSAS – MISSISSIPPI –

P.O. BOX 576
SENATOBIA, MS 38668

EST. 2003

Page 1 of 2

# BOUNDARY DESCRIPTION
### OF
# MUSGRAVE BAR

That part of Wright's Point in the Chickasawba District of Mississippi County, Arkansas, being known as Musgrave Bar containing 745 acres, more or less, and more particularly described as follows:

Commencing at the commonly accepted northwest corner of Section 15, Township 15 North, Range 13 East, Chickasawba District, Mississippi County, Arkansas; thence run South 15°06' East a distance of 15692.0 feet to a point at the apparent water line of the Mississippi River at the western most tip of the island known as Musgrave Bar; thence run North 81°44' East a distance of 1802.7 feet along said Mississippi River water line and along the northwesterly shoreline of Musgrave Bar to a point; thence run South 72°10' East a distance of 985.1 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 71°59' East a distance of 1972.3 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 40°48' East a distance of 678.4 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 70°39' East a distance of 1007.6 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 39°41' East a distance of 963.7 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 22°05' East a distance of 957.7 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 33°15' East a distance of 1490.0 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 52°49' East a distance of 871.8 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 73°43' East a distance of 1113.8 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point; thence run North 38°08' East a distance of 797.6 feet along said Mississippi River water line and along said Musgrave Bar northwesterly shoreline to a point at the northeastern most tip of said Musgrave bar; thence run South 15°47' East a distance of 2503.3 feet along said Mississippi River water line and along the southeasterly shoreline of said Musgrave Bar to a point; thence run South 16°39' West a distance of 2721.6 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run North 62°13' West a distance of 190.6 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 28°26' West a distance of 339.0 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 03°58' East a distance of 379.9 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 55°48' West a distance of 2123.8 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 76°24' West a distance of 2050.9 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 71°23' West a distance of 1148.3 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 81°26' West a distance of 1257.1 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run North 10°17' East a distance of 240.0 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 89°09' West a distance of 219.2 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 35°58' West a distance of 384.1 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run South 83°38' West a distance of 449.3 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run North 62°14' West a distance of 622.0 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to a point; thence run North 48°24' West a distance of 2885.9 feet along said Mississippi River water line and along said Musgrave Bar southeasterly shoreline to the Point of Beginning and containing 745 acres, more or less, together and with any and all accretions thereto.



JAMES W. WAGES, PLS
**PROFESSIONAL LAND SURVEYING**
– ARKANSAS · MISSISSIPPI –

P.O. BOX 576
SENATOBIA, MS 38668

EST. 2003

Page 2 of 2